IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ard Jr, Donnell

Printed: 2/26/08

Case Number: 07 B 09213
Judge: Wedoff, Eugene R
Filed: 5/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 10, 2008
Confirmed: July 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,500.00 |  |
| Secured: |  | 2,364.99 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 135.01 |
| Other Funds: |  | 0.00 |
| Totals: | 2,500.00 | 2,500.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,509.20 | 0.00 |
| 2. | Ocwen Loan Servicing LLC | Secured | 2,534.00 | 198.43 |
| 3. | America's Servicing Co | Secured | 4,491.32 | 615.56 |
| 4. | Cook County Treasurer | Secured | 8,683.00 | 145.00 |
| 5. | Wells Fargo Bank | Secured | 33,799.61 | 1,406.00 |
| 6. | Ocwen Loan Servicing LLC | Secured | 5,654.33 | 0.00 |
| 7. | America's Servicing Co | Secured | 18,917.87 | 0.00 |
| 8. | Wells Fargo Bank | Unsecured | 0.00 | 0.00 |
| 9. | Cook County Treasurer | Unsecured | 0.03 | 0.00 |
| 10. | B-Real LLC | Unsecured | 37.44 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 35.16 | 0.00 |
|  |  |  | $ 75,661.96 | $ 2,364.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 135.01 |
|  | $ 135.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ard Jr, Donnell | Case Number:  07 B 09213 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/26/08 | Filed:  5/21/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

